IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. ABRAHAM, LISA CAVE and SCOTT CAVE, on behalf of themselves and all other similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 14-4977 |
| OCWEN LOAN SERVICING, LLC, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 7th day of November, 2014, in consideration of the Motion of Defendant Ocwen Loan Servicing, LLC to dismiss Plaintiffs' Class Action Complaint (Docket Entry No. 10), Plaintiffs' Response thereto (Docket Entry No. 13), and Defendant's Reply (Docket Entry No. 14), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as to that portion of Count II that alleges Defendant's violation of 15 U.S.C. § 1692f(1). The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.