IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. ABRAHAM, LISA CAVE, SCOTT CAVE, LEE ANN KAMINSKI, and MARK E. KAMINSKI, on behalf of themselves and all others similarly situated, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : | No. 14-4977 |
| OCWEN LOAN SERVICING, LLC, | : : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 17th day of May, 2016, in consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint (Docket Entry No. 34), and all responses and replies thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** as to proposed amendments to Count I (Pennsylvania Unfair Trade Practices and Consumer Protection Law) and Count III (New Jersey Consumer Fraud Act). The Motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Seal Document (Docket Entry No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Sur-Reply (Docket Entry No. 44) is **GRANTED**.

BY THE COURT:

_____/s/ John R. Padova\_\_\_\_
John R. Padova, J.