IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. ABRAHAM, LISA CAVE and SCOTT CAVE, LEE ANN KAMINSKI, and MARK E. KAMINSKI, on behalf of themselves and all other similarly situated, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 14-4977 |
| OCWEN LOAN SERVICING, LLC, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 26th day of June, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiffs' Motion for Leave to File Sur-Reply (Docket Entry 73) is **GRANTED**.

2. In consideration of the Motion of Defendant Ocwen Loan Servicing, LLC to Strike Portions of the Becker Report and References to the Becker Report in Plaintiffs' Motion for Class Certification (Docket Entry No. 63), Plaintiffs' Response thereto (Docket Entry No. 67), and Defendant's Reply (Docket Entry No. 72), and the oral argument held on May 16, 2017, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

3. In consideration of the Motion of Plaintiffs Lisa A. Abraham, Lisa Cave, Scott Cave, Mark E. Kaminski, and Lee Ann Kaminski to Certify Class (Docket Entry No. 56), Defendant's Response thereto (Docket Entry No. 60), Plaintiff's Reply (Docket Entry 68), Defendant's Sur-Reply (Docket Entry 73-2), the parties' Joint Submission of Material Facts (Docket Entry No. 78), and the oral argument of May 16, 2017, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

4. The Consent Motion to Seal Defendant Ocwen Loan Servicing, LLC's Assented-To Motion for Leave to File Under Seal (Docket Entry 59) is **GRANTED**.

5. Plaintiffs' Motion to Seal (Docket Entry 66) is **GRANTED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.