IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA A. ABRAHAM, LISA CAVE, SCOTT CAVE, LEE ANN KAMINSKI, and MARK E. KAMINSKI, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>               Defendant. | Civil Action No. 5:14-cv-04977-JP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO THE CLAIMS OF PLAINTIFFS LISA CAVE, SCOTT CAVE,
LEE ANN KAMINSKI, AND MARK E. KAMINSKI**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lisa Cave, Scott Cave, Lee Ann Kaminski, and Mark E. Kaminski (collectively, "Plaintiffs") and Defendant Ocwen Loan Servicing, LLC ("OLS") (collectively, the "Parties") hereby stipulate and agree to DISMISS WITH PREJUDICE all claims alleged by the Plaintiffs against OLS in the above-captioned action.  The Parties further stipulate and agree to DISMISS WITHOUT PREJUDICE, and without notice to the putative classes, each and all of the putative class claims alleged by the Plaintiffs in the above-captioned action.

This Joint Stipulation of Dismissal does not dismiss the individual claim of Plaintiff Lisa A. Abraham.

Each Party shall bear his, her, their, and its own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties, and each party hereby waives any and all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PLAINTIFFS LISA CAVE, SCOTT CAVE, LEE ANN KAMINSKI AND MARK E. KAMINSKI | DEFENDANT OCWEN LOAN SERVICING, LLC, |
| By their attorneys, | By its attorneys, |
| */s/ Eric Lechtzin (w/permission)* | */s/ Brian M. Forbes* |
| Todd S. Collins | R. Bruce Allensworth (admitted *pro hac vice*) |
| Eric Lechtzin | Brian M. Forbes (admitted *pro hac vice*) |
| BERGER MONTAGUE P.C. | Robert W. Sparkes, III (admitted *pro hac vice*) |
| 1818 Market Street, Suite 3600 | K&L GATES LLP |
| Philadelphia, PA  19103 | State Street Financial Center |
| Tel: 215-875-3000 | One Lincoln Street |
| Fax: 215-875-4613 | Boston, MA 02111 |
| e-mail: tcollins@bm.net | (617) 261-3100 (telephone) |
| e-mail: elechtzin@bm.net | (617) 261-3175 (facsimile) |
| | bruce.allensworth@klgates.com |
| Ann Miller | brian.m.forbes@klgates.com |
| LAW OFFICE OF ANN MILLER | robert.sparkes@klgates.com |
| 1657 The Fairway #132 | |
| Jenkintown, PA  19046 | David R. Fine |
| Tel: 215-704-7727 | K&L GATES LLP |
| e-mail: am@attorneyannmiller.com | 17 North Second Street, 18th Floor |
| | Harrisburg, PA 17101 |
| | (717) 231-4500 (telephone) |
| | (717) 231-4501 (facsimile) |
| | david.fine@klgates.com |

Dated:  October 18, 2018

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on this 18th day of October, 2018, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served on all counsel of record, including counsel for Plaintiffs (identified below), through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

Todd S. Collins
Eric Lechtzin
BERGER MONTAGUE P.C.
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel: 215-875-3000
Fax: 215-875-4613
e-mail: tcollins@bm.net
e-mail: elechtzin@bm.net

Ann Miller
LAW OFFICE OF ANN MILLER
1657 The Fairway #132
Jenkintown, PA  19046
e-mail: am@attorneyannmiller.com

*Attorneys for Plaintiffs*

                */s/ Brian M. Forbes*
                Brian M. Forbes