IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. ABRAHAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OCWEN LOAN SERVICING, LLC | : | No. 14-4977 |

## **ORDER**

**AND NOW**, this 8th day of May, 2019, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 115), to which Plaintiff has filed no opposition, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**
2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.
3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.